In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00316-CV


____________________



FIDELITY AND GUARANTY INSURANCE COMPANY, Appellant



V.



PREVENTATIVE MEDICINE OF SOUTHEAST TEXAS, L.L.P., Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-179,276






MEMORANDUM OPINION


 The appellant, Fidelity and Guaranty Insurance Company, filed a motion to dismiss
this appeal. The motion is voluntarily made by the appellant prior to any decision of this
Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the
motion and dismiss the appeal. By agreement of the parties, the mandate will issue
immediately and each party will bear its own costs. See Tex. R. App. P. 18.1(c); Tex. R. App.
P. 42.1(d). 

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered May 7, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.